ACCEPTED
15-25-00030-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/18/2025 3:04 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00030-CV
IN THE COURT OF APPEALS
FOR THE FIFTHTEENTH DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/18/2025 3:04:21 PM
CHRISTOPHER A. PRINE
Clerk

IN RE CITY OF DENTON; GERARD HUDSPETH, Mayor of Denton;
BRIAN BECK, Mayor Pro Tem of Denton, VICKI BYRD, PAUL
MELTZER, JOE HOLLAND, BRANDON CHASE McGEE, and CHRIS
WATTS, Members of the City Council of Denton; SARA HENSLEY, City
Manager of Denton; and DOUG SHOEMAKER, Chief of Police of
Denton, in their official capacities,
***RELATORS***

The Honorable Crystal Levonius,
***RESPONDENT***
Original Proceeding from the 481st Judicial District Court,
Denton County, Texas
Cause No. 24-1005-481

## RELATORS' NOTICE OF INTENT TO FILE REPLY

| | |
|---|---|
| Mack Reinwand | Jose E. de la Fuente |
| State Bar No. 24056195 | State Bar No. 00793605 |
| Devin Alexander | James F. Parker |
| State Bar No. 24104554 | State Bar No. 24027591 |
| **DENTON CITY** | Gabrielle C. Smith |
| **ATTORNEY'S OFFICE** | State Bar No. 24093172 |
| 215 East McKinney | Sydney P. Sadler |
| Denton, Texas 76201 | State Bar No. 24117905 |
| Telephone: (940) 349-8333 | **LLOYD GOSSELINK** |
| Facsimile: (940) 382-7923 | **ROCHELLE & TOWNSEND, P.C.** |
| | 816 Congress Avenue, Suite 1900 |
| | Austin, Texas 78701 |
| | Telephone: (512) 322-5800 |
| | Facsimile: (512) 472-0532 |

**ATTORNEYS FOR RELATORS**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Relators the City of Denton (the "City") and Gerard Hudspeth, Mayor of Denton, Brian Beck, Mayor Pro Tem of Denton, Vicki Byrd, Paul Meltzer, Joe Holland, Brandon Chase McGee and Chris Watts, Members of the City Council of Denton, Sara Hensley, City Manager of Denton, and Doug Shoemaker, Chief of Police of Denton[1] ("Relators"), Relators for a Petition for Writ of Mandamus pending in this Court, file this Notice of Intent to File Reply in support of their Petition for Writ of Mandamus. While Texas Rule of Appellate Procedure 52.5 allows for a Reply, but does not set a specific deadline for same and does not require the court to wait on such Reply before issuing its decision, Relators wish to inform the Court that Petitioner does intend to file a Reply on or before Friday, April 25, 2025.

## CONCLUSION

As set forth above, Relators hereby provide the Court notice of Relators' intent to file a Reply in connection with Relators' requested mandamus relief on or before April 25, 2025.

---

[1] Doug Shoemaker is no longer the Chief of Police of Denton, and thus is not a proper defendant. The current Chief of Police of Denton is Jessica Robledo.

Respectfully submitted,

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone:  (512) 322-5800
Facsimile:   (512) 472-0532

By:   */s/ Jose E. de la Fuente*
        Jose E. de la Fuente
        (Attorney-in-Charge)
        State Bar No. 00793605
        jdelafuente@lglawfirm.com
        James F. Parker
        State Bar No. 24027591
        jparker@lglawfirm.com
        Gabrielle C. Smith
        State Bar No. 24093172
        gsmith@lglawfirm.com
        Sydney P. Sadler
        State Bar No. 24117905
        ssadler@lglawfirm.com

**DENTON CITY**
  **ATTORNEY'S OFFICE**
215 East McKinney
Denton, Texas 76201
Telephone:  (940) 349-8333
Facsimile:   (940) 382-7923

Mack Reinwand
City Attorney
State Bar No. 24056195
mack.reinwand@cityofdenton.com
Devin Alexander
Deputy City Attorney
State Bar No. 24104554
devin.alexander@cityofdenton.com

For email contact and service
regarding this
case, please include email
addresses for all
listed attorneys in the
To: field, and include
amy.hoffee@cityofdenton.com
in the cc: field,
until requested otherwise.

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF COMPLIANCE

I, Jose E. de la Fuente, attorney for Relators, certify that this document was generated by a computer using Microsoft Word 365, which indicates that the word count of this document is 205 per Tex. R. App. P. 9.4(i).

*/s/Jose E. de la Fuente*
JOSE E. de la FUENTE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 99845233
Filing Code Description: Other Document
Filing Description: Relators' Notice of Intent to File Reply
Status as of 4/18/2025 3:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jose Ede la Fuente | | jdelafuente@lglawfirm.com | 4/18/2025 3:04:21 PM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 4/18/2025 3:04:21 PM | SENT |
| Amy Hoffee | | amy.hoffee@cityofdenton.com | 4/18/2025 3:04:21 PM | SENT |
| Devin Alexander | | devin.alexander@cityofdenton.com | 4/18/2025 3:04:21 PM | SENT |
| Sydney Sadler | | ssadler@lglawfirm.com | 4/18/2025 3:04:21 PM | SENT |
| Bonnie Freymuth | | bonnie.freymuth@oag.texas.gov | 4/18/2025 3:04:21 PM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 4/18/2025 3:04:21 PM | SENT |
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 4/18/2025 3:04:21 PM | SENT |
| Kyle Tebo | | kyle.tebo@oag.texas.gov | 4/18/2025 3:04:21 PM | SENT |
| Laurie DiPierro | | laurie.dipierro@dentoncounty.gov | 4/18/2025 3:04:21 PM | SENT |